# Cooley

Thomas Touchie  
T: +1 212 479 6763  
ttouchie@cooley.com

Via ECF

September 21, 2022

Hon. Ramon E. Reyes, Jr.  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, Rm. N208  
Brooklyn, New York 11201

Re:    Martinez v. Hipcamp Inc., 1:22-cv-03431-DG-RER

Dear Judge Reyes:

We are counsel to Defendant Hipcamp Inc. in the above-referenced matter. We write, jointly with counsel to Plaintiff, to inform the Court that the parties have reached a confidential settlement in principle, subject to and conditioned on the parties negotiating and executing a fully integrated confidential settlement agreement and release.

The parties respectfully request that the Court dismiss this action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time. In view of the resolution, the parties respectfully request the Court adjourn all pending dates and deadlines.

Sincerely,

*/s/ Thomas Touchie*  
Thomas Touchie

SO ORDERED:

_____

Hon. Ramon E. Reyes, Jr.  
United States Magistrate Judge